UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS INC.,

          Plaintiff,

   v.

RIVER DISTRIBUTING COMPANY, LLC,

          Defendant.

C24-1853 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' Joint Motion to Continue Court Dates, docket no. 17, is GRANTED as follows:

| Dates and Deadlines | Current Deadline | New Deadline |
| --- | --- | --- |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | January 22, 2026 | February 19, 2026 |

MINUTE ORDER - 1

| All motions related to expert witnesses (e.g., a Daubert motion) must be filed by and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d)) | January 29, 2026 | February 26, 2026 |
|---|---|---|
| Trial Briefs and Agreed Pretrial Order due | March 19, 2026 | April 16, 2026 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR 32(e) due | March 30, 2026 | April 27, 2026 |
| Pretrial Conference to be held at 10:00 AM on | April 3, 2026 | May 1, 2026 |
| **BENCH TRIAL** | April 13, 2026 | May 11, 2026 |

All other provisions outlined in the Court's Minute Order Setting Trial Date and Related Dates, docket no. 9, that are not inconsistent with this Minute Order shall remain in full force and effect.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of January, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2